UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
CASE NO.: 8:20-cv-01890-VMC-TGW

SECURITIES AND EXCHANGE COMMISSION,

        Plaintiff,

vs.

DALE TENHULZEN, *et al.*,

        Defendants.

**PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S MOTION TO REOPEN CASE TO RESOLVE MONETARY REMEDIES**

    Plaintiff Securities and Exchange Commission hereby files this motion to reopen this case and in support states as follows:

    1.    On August 13, 2020, the Commission filed its Complaint for injunctive and other relief against the Defendants. DE 1.

    2.    On August 20, 2020, this Honorable Court entered Judgments of permanent injunction and other relief against each of the Defendants. DE 5 and 6.

    3.    On September 8, 2020, the Court also entered an endorsed order closing the case. DE 7, but retained jurisdiction to enforce the Judgment entered.

    4.    There remains outstanding the issues of disgorgement, prejudgment interest, and civil money penalty against the Defendants.

5. The Judgment against Defendants, also permits the Commission to bring a motion determining the amounts of the disgorgement, prejudgment interest and civil penalty against Defendants, but does not provide a specific deadline. DE 5 and 6, Section II. The parties have settled the monetary claims and are prepared to file an agreed to consent and proposed Final Judgment for the Court's review that will resolve all outstanding claims against Defendants.

6. Therefore, the Commission requests that the Court order that the case is reopened to resolve these monetary claims which remain pending.

WHEREFORE, the Commission respectfully requests that the Court reopen the case permitting the Commission to address the remaining monetary issues.

## Local Rule 3.0l(g) Certification

Pursuant to Local Rule 3.0l(g), the undersigned counsel for the Commission conferred with counsel for the Defendants, who do not object to the requested relief.

|  |  |
|---|---|
|  | Respectfully submitted |
| August 29, 2023 | s/Alise Johnson<br>Senior Trial Counsel<br>Florida Bar No. 0003270<br>Direct Dial: (305) 982-6385<br>Email: johnsonali@sec.gov |
|  | Attorney for Plaintiff<br>SECURITIES AND EXCHANGE COMMISSION<br>801 Brickell Avenue, Suite 1950 |

> Miami, FL 33131
> Telephone: (305) 982-6300
> Facsimile: (305) 536-4154

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on August 29, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

> s/Alise Johnson
> Alise Johnson, Esq.